1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX TSE (CSBN 152348)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5044
   Facsimile:   (408) 535-5081
   Email: james.scharf@usdoj.gov

   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Yu An, | ) | Case No. CV 13-0600 EJD |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS DUE FROM JUNE 17, 2013, TO JULY 1, 2013. |
| v. | ) ) ) | |
| Janet Napolitano, Secretary of the Department of Homeland Security, et al., | ) ) ) | |
| Defendants | ) ) | Immigration Case |

Pursuant to the Procedural Order for Immigration Mandamus Cases entered in this case on February 12, 2013, defendants' motion for summary judgment is currently due June 17, 2013. Because of a combination of vacation, workload and staffing issues, defendants' counsel seeks an additional fourteen days to file a motion for summary judgment. The parties, through counsel, hereby stipulate that defendants shall file a motion for summary judgment on or before July 1, 2013.

Respectfully submitted,

DATED: May 7, 2013     MELINDA HAAG
United States Attorney

                               /S/
JAMES A. SCHARF
Assistant United States Attorney
Attorney for Defendants

DATED: May 7, 2013                  /S/
JUSTIN X. WANG
TRENT GOULDING
BAUGHMAN & WANG
Attorneys for Plaintiff

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that defendants shall file a motion for summary judgment on or before July 1, 2013.

DATED: May 14, 2013               _____
Hon. Edward J. Davila
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS DUE FROM JUNE 17, 2013, TO JULY 1, 2013.
Case No. CV 13-0600 EJD           -2-