1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX TSE (CSBN 152348)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
      150 Almaden Blvd., Suite 900
5     San Jose, California 95113
      Telephone:  (408) 535-5044
6     Facsimile:   (408) 535-5081
      Email: james.scharf@usdoj.gov
7
   Attorneys for Defendants
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                                  SAN JOSE DIVISION
11

12 | Yu An,                                    ) | Case No. CV 13-0600 EJD
                                               )
13 |     Plaintiff,                            ) | STIPULATION AND [PROPOSED]
                                               ) | ORDER EXTENDING THE DATE
14 |     v.                                    ) | DEFENDANTS' MOTION FOR
                                               ) | SUMMARY JUDGMENT IS DUE FROM
15 | Janet Napolitano, Secretary of the        ) | JUNE 17, 2013, TO JULY 1, 2013.
    Department of Homeland Security, et al.,   )
16                                             ) | Immigration Case
         Defendants                            )
17 |_____)

18
      Pursuant to the Procedural Order for Immigration Mandamus Cases entered in this case on
19
   February 12, 2013, defendants' motion for summary judgment is currently due June 17, 2013.
20
   Because of a combination of vacation, workload and staffing issues, defendants' counsel seeks an
21
   additional fourteen days to file a motion for summary judgment.  The parties, through counsel,
22
   hereby stipulate that defendants shall file a motion for summary judgment on or before July 1,
23
   2013.
24

25

26

27

28

Respectfully submitted,

DATED: May 7, 2013					MELINDA HAAG
							United States Attorney

							_____/S/_____
							JAMES A. SCHARF
							Assistant United States Attorney
							Attorney for Defendants

DATED: May 7, 2013					_____/S/_____
							JUSTIN X. WANG
							TRENT GOULDING
							BAUGHMAN & WANG
							Attorneys for Plaintiff

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that defendants shall file a motion for summary judgment on or before July 1, 2013.

DATED: May 14, 2013					_____
							Hon. Edward J. Davila
							United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS DUE FROM JUNE 17, 2013, TO JULY 1, 2013.
Case No. CV 13-0600 EJD                      -2-